IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TYRONE B. WINGATE,** )  )  **Petitioner/Defendant,** )  )  **vs.** )  )  **UNITED STATES of AMERICA ,** )  )  **Respondent/Plaintiff.** ) | **CIVIL NO. 07-cv-034-MJR**  **CRIMINAL NO. 01-cr-30103** |

### MEMORANDUM AND ORDER

**REAGAN, District Judge:**

After a November 8, 2006, hearing in which Petitioner admitted violating the terms of his supervised release, the Court revoked Petitioner's supervised release and sentenced him to 12 months plus one day imprisonment to be followed by an additional 38 months supervised release. Petitioner now challenges that revocation in a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Petitioner also seeks leave to proceed *in forma pauperis* in the action (Doc. 2). That motion is **GRANTED**. Petitioner argues, specifically, that his counsel was ineffective in that she failed to object to the judge's imposition of community confinement as a condition of supervised release.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

IT IS SO ORDERED.

DATED this 26th day of February, 2007.

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**